JOHN CONNOLLY, Respondent, *v.* GEO. F. KRETZ, Impleaded, etc., Appellant.

Where a receiver has been appointed in proceedings supplementary to execution instituted in favor of one judgment creditor, in an action brought by another judgment creditor, to set aside such proceedings on the ground of collusion, it is in the discretion of the court to appoint another receiver, and to direct the first receiver to hand over to him the property received.

An order therefore, making such appointment and giving such direction, is not reviewable here.

(Argued October 14, 1879 ; decided November 11, 1879.)

THE plaintiff, a judgment and execution creditor of Daniel Connolly, commenced this action against the judgment debtor, Lynch, another creditor, and Kretz, who had been appointed receiver in supplementary proceedings instituted in favor of Lynch against Connolly, charging that Lynch's proceedings and the appointment of Kretz were in collusion with Connolly, and seeking to set them aside. Upon motion at Special Term, Price was appointed receiver of Connolly's property, and Kretz was directed to account and hand over to him the property, etc., received by him from the judgment debtor. This order was affirmed by the General Term, and from it the receiver Kretz alone appealed. *Held*, that it was within the discretion of the court to make the order complained of, and it was therefore not reviewable here. (*Cushman* v. *Brandreth,* 50 N. Y., 296; *Turner* v. *Crichton,* 53 id., 641.)

*Jas. H. Greensward* for appellant.

*J. H. Goodman* for respondent.

DANFORTH, J., reads for dismissal of appeal.
All concur.
Appeal dismissed.